FILED
CHARLOTTE, NC

SEP - 3 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Charlotte Division

|  |  |  |
|---|---|---|
| Jeremiah Barwick | ) | Case No. 3:25-cv-671-GCM |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| See "Attached" for pg 1 of 11 | ) | |
| Pro Se | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                      Jeremiah Barwick

All other names by which        Jeremy Barwick
you have been known:

ID Number                             512125

Current Institution                 Union Co. Jail

Address                               3344 Presson Rd.

| Monroe | NC | 28112 |
|--------|------|--------|
| *City* | *State* | *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.     See "Attached"
pg 3 of 11

Defendant No. 1

Name                                   U.S. Justice Department

Job or Title *(if known)*          Attorney General

Shield Number

Employer                             United States of America

Address                              950 Pennsylvania Ave

| | NW | 20530 |
|--------|------|--------|
| *City* | *State* | *Zip Code* |

☑ Individual capacity        ☑ Official capacity

Defendant No. 2

Name                                   U.S. Justice Department

Job or Title *(if known)*          Solicitor General

Shield Number

Employer                             United States of America

Address                              950 Pennsylvania Ave.

| | N W | 20530 |
|--------|------|--------|
| *City* | *State* | *Zip Code* |

☑ Individual capacity        ☑ Official capacity

Defendant No. 3

Name     U.S. Justice Department

Job or Title *(if known)*     Head of Civil Division

Shield Number

Employer     United States of America

Address     950 Pennsylvania Ave.

         NW      20530

| City | State | Zip Code |
|------|-------|----------|

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name     Federal Bureau of Investigation

Job or Title *(if known)*     Head of National Sex Offender Registry

Shield Number

Employer     United States of America

Address     935 Pennsylvania Ave.

         NW      20535

| City | State | Zip Code |
|------|-------|----------|

☑ Individual capacity    ☑ Official capacity    See "Attached"

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendments; 1st online/email privacy, 4th unreasonable search and seizure, 5th Malicios prosecution, due process, double jeopardy, self-incrimination, 8th exessive bail, cruel + unusual punishment, 9th other rights that have not been spelled out, 5th Ex Post Facto/retro active laws, gross negligence, NC Romio + Juliet statue, 4th unlawful detention/fake arrest, Article 1. § 27 of NC Constitution, 14th denial equal protection of laws.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Everything is B, above, with the exception of NC Romio + Juliet + Article 1, § 27 of NC Constitution

Defendant NO. 5

| | |
|---|---|
| Name | NC Justice Department |
| Title | Attorney General |
| Employer | North Carolina |
| Address | 114 W. Edenton St |
| | Raleigh, NC 27603 |

☑ Individual capacity  ☑ Official capacity

Defendant No. 6

| | |
|---|---|
| name | Wake Co. District Attorney office |
| Title | District Attorney |
| Employer | Raliegh NC / wake Co / NC |
| Address | 300 S. Salisbury St. |
| | Raleigh, NC 27601 ☑ Indi. Cap. ☑ Official Cap. |

Defendant NO. 7

| | |
|---|---|
| Name | Ben Eklund |
| Title | Detective S.O.R. |
| Employer | Union Co. Sheriff office |
| Address | 3370 Presson Rd. |
| | Monroe, NC 28112 ☑ Indi. Cap. ☑ Official Cap. |

Defendant NO. 8

| | |
|---|---|
| Name | M. Truslow |
| Title | Magistrate |
| Employer | |
| Address | 3344 Presson Rd. |
| | Monroe, NC 28112 |

☑ Indi. Cap. ☑ Official Cap.

Defendant No. 9

| | |
|---|---|
| Name | NC Bureau of Investigation |
| Title | Head of Sex Offender Registry |
| employer | State of North Carolina |
| Address | 3320 Garner Rd |

☑ Indi. Cap. ☑ Official Cap.

Defendant NO. 10

| | |
|---|---|
| Name | Trey Robinson |
| Title | District Attorney |
| Employer | Monroe, NC / Union Co. |
| Address | 400 N. Main St |
| | Monroe, NC 28111 |
| | ☑ Indi. Cap  ☑ official Cap. |

Defendent No. 11

| | |
|---|---|
| Name | Eddie Cathey |
| Title | Sheriff |
| Employer | Union Co. |
| Address | 3370 Presson Rd. |
| | Monroe, NC 28112 |
| | ☑ Indi. Cap.  ☑ official Cap. |

"Attached" for Pg 1 of 11
Pro Se 14

Defendents 1. U.S. Justice Dept. Attorney General
3. U.S. Justice Dept. Head of Civil Division
2. U.S. Justice Dept. Solicitor General
10. Trey Robinson
11. Eddie Cathy
5. NC Justice Dept. Attorney General
4. Federal Bureau of Investigation
    Head of National Sex Offender Registry
6. Wake Co Dist. Attorney Office District Attorney
8. M. Truslow
7. Ben Eklund
9. NC Bureau of Investigation
    Head of Sex offender Registry

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *See "Claim"*

*Federal & state both violated same Amendments & Statutory rights*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. *See "Claim"*

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Morganton, NC 1999, Monroe, NC 2025*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Foothill Correctional, Morganton NC 1996-1999 Wake Co. Jail, Raleigh NC 1994, Union Co Jail, Monroe NC 2025*

"Claim"

1994 I took a plea bargain/no contest, non-violent 2nd degree rape; dealing with a girl from school I was dating. She admitted to having consentual sex with me. Her parents (who didn't want her "dating a nigger" because I'm mixed), pushed the issue. Being that we were dating & me not being over 3 years older than her, We fell under the Romeo & Juliet law. Therefore I wasn't & couldn't be charged with anything dealing with a statute with a minor, underage, or statutory. I maxed out my sentence under NC law at four years & two months (after being told I would only do a year & a half by my public defender when I took the plea bargain of 10 cut to 5 under the old law). NC reached max punishment on me & had to release me from prison.

1996, after a child rapist raped & killed a four year old girl, the sex offender registry was created & put in place. I was released from prison in 1999 and was told I had to register. The original registry law stated removal after 10 years; 27 years later and several retro active laws (on top of the registry added to me some two years after I took a plea bargain for no more or less of what was in my plea bargain), I am still on the registry. 2001 I was homeless & was charged with failing to register (I have only

had 4 places in 26 years rent to me because of the registry). Sometime after failing to register, for about a year, I would rent a hotel room every 9 days + go register with the sheriff in Charlotte. The lady that was over the registry charged me with failing to register stating that the law was not intended for me to register that way. The Charlotte DA dropped the charge + told the registry that it was not their job to interpret the law, but to ensure I kept the law', and that I was doing what I had to do to not break the law.

23 years since then I have had no problems with the registry. Until, I moved to Weddington NC. I was legally registered in Rock Hill, SC. I signed a lease with a friend in Weddington + went the next day to Rock Hill to do what was needed to move. I was arrested on a 16 year old warrant and served a 10 day sentence. After my release + farewell reg. with Rock Hill, I went and registered legally in Monroe, NC. 3 days later I was arrested for failing to register. I made bond, + close to 2 months later I was arrested for not giving an online identifier under failing to register for a second time. When I registered (which detective Ben Eklund recorded), I gave

My identifiers and email addresses &
mentioned that I have old ones such
as one's from college when I went to
Liberty University & Wake Tech, that I
don't remember or remember the passwords
to. That I have several old emails &
social media with the same problem. I
was told to put what I remembered.
As with all my other registrations of
23 years, if I had something new I
would let the registry know, I think
most registrys are aware that A I
will send spam that has your user name
to your spam email & you have to unsub-
scribe to them. As soon as I tell a reg.
officer I have ones I don't use or remember,
I self incriminate myself. I don't know
how they could search, unless the had
a search warrant; but they could find
one not remembered, that's not in use
& charge me several times. On top of
that my charge had nothing to do with
online, internet, emails or social media.
Failure to reg. in NC is a felony. In
TN & SC it's a misdemeanor. Put on the
registry 4 years after I took a plea
bargain & sentenced?: Ex post facto/
retro active laws, Malisious prosecution,
unreasonable/ illegal search & seizure,
double jeopardy, cruel & unusual pun-
ishment, online identifiers/reporting
unconstitutionally vague, gross negligence.
       The registry has become a punishment

for me. I am still getting in trouble
and punished over a crime I'm not
guilty of and served the max pun-
ishment for. When I moved to TN
T.B.I. put me online as a violent
offender (basically convicting me for
a worse crime by posting me as a violent
offender online) when I'm a non-violent
offender because they don't have a 2nd
degree rape statute, just 1st degree. If
legistlature did not intend to impose a
punishment, a law still may be said to do
so if the sanction or dissability that
it imposses is "so punitive in fact" that
the law may not legitimately be viewed as
civil in nature. I have 31 years of situ-
ations + proof that clearly show pun-
itive effects of the Registry.

   A constitutional violation demands
a corrective robust remedy, one that
secures the right from enroachment by
the state + vindicates it's purpose +
underlining values. The court, after all,
has the responsibility to protect the
State + US constitutional rights of
the citizens. When we leave a constitu-
tional violation insufficiently re-
dressed, we cheapen the underlying
right and disserve to the citizens it
protects.

   How do we forgive the full scope
of harms inflicted by the State and
constitutional injuries? I should be

allowed to seek the civil relief needed to "right the wrong". And to secure protection for others.

After everything I've written, I have found that the warrant served on me has the wrong statue/offense" in violation of G.S. The warrant shows 14-208,-11 (a)(2); fail to notice last reg. sheriff of a change of address, when the change text shows; fail to inform reg. sheriff of any new or changes to existing online identifiers, which makes the warrant fatally defective. This is not a harmless error as it shows I was arrested without probable cause on a false statement/statue, possibly knowingly & intentionaly; or with reckless disregard for the truth. Detective Eklund had only 12 offense violations to work with, & probability of him getting it wrong is and should be slim to none. I was and is the function of the issuing magistrate (M. Truslow) to determine the reliability of information. This can remove detective Eklunds defence of sovern immunity as a bar to judicial review of federal administrative action, otherwise subject to judicial review.

In regard to the DA's office (in Raleigh in 1994) treat of 20 years, or a year and a half to plead no contest to a nonviolent rape, knowing the supposed victim admitted to consentual sex with

me (being the only sexual encounter had between us); should have or knew of the state's 1979 Supreme Court's un-controverted view that I could not be guilty of rape due to circumstances of my case/discovery. They also should have known that because of my age, lack of legal knowledge, & lack of knowledge & info from my court appointed lawyer, that I was mentally incompetent to understand the scope of the charges against me, & the plea process; all done within a short/fast period of time (aprox. 2 months).

Once again, I should be allowed to seek the civil relief needed to "right the wrong". And to secure pro-tection for others.

C.      What date and approximate time did the events giving rise to your claim(s) occur?

1994 — present

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See "claim"

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

emotional, Constitutional, an assault w/o medi treatment

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Relief to right the wrongs 2. Attorney fee paid — if any 3. injunction relief, 4. taken off the registry 5. $750,000 for 23 years compensatory damages, 6. 250,000 puitive damages.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  Foothills Correctional, Morganton, NC

1999

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☑ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Union Co Jail

2. What did you claim in your grievance?

That I was in here on the wrong charge

3. What was the result, if any?

Told to talk to lawyer

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

replied, yes

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

I didn't file one in Foothills because
I was being released.

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: The S.O.R, I Raleigh, NC
That I was bound by law because I was released
after law was made.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. It's not necessary to plead exhaustion "grievance
System was not available" such that I was unable to
file a grievance through no fault of my own.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Greeneville Division   TN 6th circuit

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit                    *N/A*
        Plaintiff(s)   _____
        Defendant(s)   _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____ *N/A* _____

   3.   Docket or index number                    *N/A*

   4.   Name of Judge assigned to your case         *N/A*

   5.   Approximate date of filing lawsuit           *N/A*

   6.   Is the case still pending?

        ☐ Yes

        ☑ No

        If no, give the approximate date of disposition.    2012

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   Case was dismissed cause jail
        said I was released when I was'nt, judge made case
        active agian. Then dismissed again, I never got anything
        in mail

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s)     Jeremiah Barwick

Defendant(s)     Eddie Cathy, Lt Winfrey, Sgt. Martin, deputy English Union Co. Jail & Sheriff office

2.     Court *(if federal court, name the district; if state court, name the county and State)*

Western District of North Carolina Charlotte Division Mecklenburg Co.

3.     Docket or index number                                N/A

4.     Name of Judge assigned to your case              N/A

5.     Approximate date of filing lawsuit              8 8-2025

6.     Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition  _____

7.     What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-25-2025

Signature of Plaintiff

Printed Name of Plaintiff    Jeremiah Barwick

Prison Identification #    512125

Prison Address    3344 Presson Rd.

Monroe          NC          28112
_City_         _State_      _Zip Code_

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_City_          _State_      _Zip Code_

Telephone Number

E-mail Address